## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Martin Vicario,  individually and on behalf of
other employees similarly situated, Plaintiffs
v.
Dining Solutions, Inc., d/b/a Brunch Café and
Andrew Zatos individually, Defendants

Case No. 1:15-cv-02909
Honorable Judge Jorge M. Alonso

## NOTICE OF DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the

opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully

requests that the Court dismiss all causes of action and this case in its entirety with prejudice.

Respectfully submitted,

s/ Valentin T. Narvaez
Valentin T. Narvaez

One of Plaintiff's Attorneys
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646